TIMOTHY FITZGIBBON
tfitzgibbon@fenwick.com
FENWICK & WEST LLP
801 California Street, 5th Floor
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendant
Dreyfuss & Blackford Architects

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DREYFUSS & BLACKFORD ARCHITECTS,<br><br>Defendant. | Case No. 2:10-cv-01965-JAM-DAD<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES IN THE JOINT STATUS REPORT AND PRE-TRIAL SCHEDULE** |

The Court having considered Defendant DREYFUSS & BLACKFORD ARCHITECTS' Stipulated Motion to Extend the Deadlines in the Joint Status Report and Pre-trial Schedule, all papers filed in support of said motion, with such motion being submitted on the records and briefs, without oral argument of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Defendant's Stipulated Motion to Extend the Deadlines in the Joint Status Report and Pre-Trial Schedule is **GRANTED**: The above-captioned civil action's remaining deadlines in the Joint Status Report and Pre-trial Schedule are hereby reset as follows:

June 30, 2011          Deadline for seeking amendment of the pleadings.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| August 12, 2011 | Disclosure of expert witnesses as provided by Rule 26(a)(2). |
| August 12, 2011 | Produce report by any expert witness. |
| September 12, 2011 | Disclosure of any rebuttal expert witness. |
| September 12, 2011 | Produce report of any rebuttal expert witness. |
| October 31, 2011 | Completion of discovery, including the hearing of any discovery motions. |
| December 14, 2011 | Dispositive Motion Filing Deadline. |
| January 11, 2012 at 9:30 a.m. | Dispositive Motion Hearing. |
| February 24, 2012 | Joint Pre-Trial Statement Due. |
| March 2, 2012 at 3:00 p.m. | Final Pre-Trial Conference. |
| April 9, 2012 at 9:00 a.m. | Jury Trial. |

**IT IS SO ORDERED.**


Dated: 12/8/2010               /s/ John A. Mendez
_____   U.S. DISTRICT COURT JUDGE