1  BENJAMIN B. WAGNER
   United States Attorney
2
3  ADAM R. SMART
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone:   (202) 307-6422
6  Facsimile:   (202) 307-0054
   E-mail:      adam.r.smart@usdoj.gov
7
8  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No. 2:10-cv-1965-JAM-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARING AND ORDER** |
| DREYFUSS & BLACKFORD ARCHITECTS, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 83 and Local Rule 143 the parties hereby stipulate and agree to continue the hearing on Defendant's motion to stay proceedings, presently set for January 12, 2011 at 9:30 a.m., until February 9, 2011 at 9:30 a.m. The reason for this continuance is that counsel for the United States is presently in a trial in the United States District Court for the Southern District of California that will conflict with the presently scheduled date and time for the hearing. Wherefore, the parties request that, consistent with this stipulation, the Court continue the hearing presently set for January 12, 2011 at 9:30 a.m. to February 9, 2011 at 9:30 a.m.

//

//

Dated this 5th day of January 2011

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | /s/ Timothy Fitzgibbon<br>TIMOTHY FITZGIBBON<br>tfitzgibbon@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street, 5th Floor<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>Attorneys for Defendant<br>Dreyfuss & Blackford Architects |
| /s/ Adam R. Smart<br>ADAM R. SMART<br>Trial Attorney, Tax Division<br>United States Department of Justice<br>PO Box 683<br>Washington DC 20044<br>Telephone: (202) 307-6422<br>Facsimile: (202) 307-0054<br>adam.r.smart@usdoj.gov<br><br>Attorneys for the United States of America | |

**IT IS SO ORDERED**


Date: 1/5/2011                                         /s/ John A. Mendez
                                                       JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2011, I electronically filed the foregoing Declaration with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Timothy Fitzgibbon
    FENWICK & WEST LLP
    801 California St., 5th Floor
    Mountain View, California 94041

                                            /s/ Adam R. Smart
                                            ADAM R. SMART
                                            Trial Attorney, Tax Division