MATTHEW D. NOERPER
mnoerper@fenwick.com
FENWICK & WEST LLP
801 California Street, 5th Floor
Mountain View, California  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendant
Dreyfuss & Blackford Architects

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DREYFUSS & BLACKFORD ARCHITECTS,<br><br>Defendant. | Case No. 2:10-cv-01965-JAM-DAD<br><br>**SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that, effective immediately, attorney of record for defendant Dreyfuss & Blackford Architects has changed.  Dreyfuss & Blackford Architects hereby substitutes Matthew D. Noerper from the law firm of Fenwick & West LLP, 801 California Street, Mountain View, CA 94041, as their attorney of record in the above-referenced action in place of their former counsel, Timothy Fitzgibbon, formerly of Fenwick & West LLP.

Dated: January _____, 2011

By _____
John C. Webre
Dreyfuss & Blackford Architects

SUBSTITUTION OF ATTORNEYS            1            CASE NO 2:10-CV-01965-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1   The following attorneys accept this substitution of counsel:

2

3   Dated: January 27, 2011        FENWICK & WEST LLP

4

5                                  By    /s/ Timothy Fitzgibbon
                                          Timothy Fitzgibbon

6

7                                  FENWICK & WEST LLP

8

9                                  By    /s/ Matthew D. Noerper
                                          Matthew Noerper

**FENWICK & WEST LLP**
ATTORNEYS AT LAW
SAN FRANCISCO

SUBSTITUTION OF ATTORNEYS           2            CASE NO 2:10-CV-01965-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The foregoing substitution of attorneys is authorized by the Court and the Clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated:   1/31/11

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2011, I electronically filed the foregoing Substitution of Attorneys with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Adam R. Smart
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

/s/ Matthew D. Noerper
MATTHEW D. NOERPER
Fenwick & West LLP
801 California Street, 5th Floor
Mountain View, California 94041
(650) 988-8500

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUBSTITUTION OF ATTORNEYS        4        CASE NO 2:10-CV-01965-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com