1  BENJAMIN B. WAGNER
   United States Attorney
2
3  ADAM R. SMART
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:     (202) 307-6422
6  Facsimile:     (202) 307-0054
   E-mail:        adam.r.smart@usdoj.gov
7
8  Attorneys for the United States of America

9
                IN THE UNITED STATES DISTRICT COURT FOR THE
10
                      EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,           Civil No. 2:10-cv-1965-JAM-DAD

13 |              Plaintiff,
                                         **APPLICATION TO APPEAR
14 |         v.                          TELEPHONICALLY AT FEBRUARY 9,
                                         2011 HEARING AND ORDER**
15 | DREYFUSS & BLACKFORD ARCHITECTS,

16 |              Defendants.

17      Counsel for the United States hereby submits this application to appear telephonically at the

18 motion hearing currently scheduled for February 9, 2011 at 9:30 a.m. on Defendant's motion to stay

19 proceedings in the above captioned matter.  Counsel for the United States believes that his appearance by

20 telephone will not impede the presentation of the matter for the Court's consideration.  If this application

21 to appear telephonically is granted, counsel for the United States can be reached at his direct line (202)

22 307-6422 and will be present at such number beginning at the time for the hearing and through the time

23 such hearing is completed.

24

25 //

26

27 //

28

Dated this 7th day of February 2011

                           Respectfully submitted,

                           BENJAMIN B. WAGNER
                           United States Attorney

                           /s/Adam R. Smart
                           ADAM R. SMART
                           Trial Attorney, Tax Division
                           United States Department of Justice

                           Attorneys for the United States

**IT IS SO ORDERED**

Date: 2/7/2011                        /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of February, 2011, I electronically filed the foregoing Application with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew D. Noerper
FENWICK & WEST LLP
801 California St., 5th Floor
Mountain View, California 94041

       /s/ Adam R. Smart
       ADAM R. SMART
       Trial Attorney, Tax Division