BENJAMIN B. WAGNER
United States Attorney

ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-6422
Facsimile:   (202) 307-0054
E-mail:   adam.r.smart@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No. 2:10-cv-1965-JAM-DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S AMENDED MOTION TO STAY PROCEEDINGS** |
| DREYFUSS & BLACKFORD ARCHITECTS, | |
| Defendant. | |

Defendant, Dreyfuss & Blackford Architects, has moved for a stay of the present suit concerning its 2005 tax year. (Dkt. # 8.) Having considered Defendant's Motion, the papers filed in support of and in opposition of the motion, as well as the arguments of counsel, for the reasons stated at the February 9, 2011 hearing on the matter the Court denies Defendant's motion to stay proceedings. It is hereby ORDERED that Defendant's motion is DENIED. This denial is without prejudice to Defendant renewing its motion for a stay consistent with the instructions of the Court at the February 9, 2011 hearing concerning the IRS Appeals Office's consideration of its 2006 tax year.

**IT IS SO ORDERED**

Date: 2/10/2011                            /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February, 2011, I electronically filed the foregoing [PROPOSED] ORDER DENYING DEFENDANT'S AMENDED MOTION TO STAY PROCEEDINGS with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Noerper
FENWICK & WEST LLP
801 California St., 5th Floor
Mountain View, California 94041

                                                   /s/  Adam R. Smart
                                                 ADAM R. SMART
                                                 Trial Attorney, Tax Division