BENJAMIN B. WAGNER
United States Attorney

ADAM R. SMART
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-6422
             (202) 305-7938
Facsimile:   (202) 307-0054
E-mail:      adam.r.smart@usdoj.gov
             michael.g.pitman@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No. 2:10-cv-1965-JAM-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER** |
| DREYFUSS & BLACKFORD ARCHITECTS, | |
| Defendants. | |

The United States of America, plaintiff, and Dreyfuss & Blackford Architects, defendant, by undersigned counsel, hereby stipulate and agree that the complaint in the above captioned action be DISMISSED WITHOUT PREJUDICE, the parties to bear their respective costs, including any attorneys fees or other expenses of litigation.

Respectfully submitted this 16th day of March, 2011.

BENJAMIN B. WAGNER
United States Attorney

| s/ Michael G. Pitman | s/ Matthew D. Noerper |
|---|---|
| ADAM R. SMART | MATTHEW D. NOERPER |
| MICHAEL G. PITMAN | FENWICK & WEST LLP |
| Trial Attorneys, Tax Division | 801 California Street, 5th Floor |
| United States Department of Justice | Mountain View, California 94041 |
| PO Box 683 | Telephone: (650) 988-8500 |
| Washington DC 20044 | Facsimile: (650) 938-5200 |
| Telephone:  (202) 307-6422 | mnoerper@fenwick.com |
| (202) 305-7938 | |
| Facsimile:  (202) 307-0054 | Attorney for Defendant |
| adam.r.smart@usdoj.gov | Dreyfuss & Blackford Architects |
| michael.g.pitman@usdoj.gov | |

Attorneys for the United States of America

**IT IS SO ORDERED**

Date: 3/16/2011                               /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              UNITED STATES DISTRICT JUDGE